UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY DARNELL WAFER, | ) | Case No. CV 04-5694-AHS (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ANTHONY HEDGPETH, Warden, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: NOV - 1 2013

Alicemarie H. Stotler
United States District Judge